THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RUBEN MOTA ALVAREZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's counsel's notice of withdrawal (Dkt. No. 149). Defendant's counsel filed the notice with the Court on May 30, 2017. As of the time of this order, Defendant does not have replacement counsel. The Court is waiting on a speedy trial waiver from Defendant in order to rule on the motion to continue trial of codefendants Mota-Alvarez and Barron-Gonzalez. (Dkt. No. 147.) Trial is currently scheduled to commence on July 12, 2017. Therefore, the Court DIRECTS the Criminal Justice Act (CJA) Administrator to appoint an attorney from the CJA Panel to represent Defendant Mota-Alvarez as soon as possible.

//

//

MINUTE ORDER CR16-0136-JCC
PAGE - 1

DATED this 2nd day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk