THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR16-136-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| RUBEN MOTA-ALVAREZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Alexander Chan's motion to withdraw as counsel for Defendant Ruben Mota-Alvarez on the basis of personal legal problems and challenges (Dkt. No. 153). Mr. Chan had previously submitted a notice of withdrawal (Dkt. No. 149) and the Court ordered appointment of replacement counsel. (Dkt. Nos. 150 and 151.)

Mr. Chan's motion to withdraw as counsel is GRANTED.

DATED this 7th day of June 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk

MINUTE ORDER CR16-136-JCC
PAGE - 1