THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| OSCAR URIEL BARRON-GONZALEZ and RUBEN MOTA ALVAREZ, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Oscar Uriel Barron-Gonzalez's motion to continue trial (Dkt. No. 137) and speedy trial waiver (Dkt. Nos. 138, 155), and Defendant Ruben Mota Alvarez's joinder in Defendant Gonzalez's motion to continue trial (Dkt. No. 147) and speedy trial waiver (Dkt. No. 152). Trial is currently scheduled for June 19, 2017.

The Court, having reviewed the record and files in this case and after a consideration of all relevant information and the circumstances of this case, finds that the ends of justice will best be served by continuing the trial date and pretrial motions deadline in this matter. The Court finds that these considerations outweigh the best interests of the public and Defendants in a speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

1  The Court further finds that the failure to grant such a continuance in this case would
2  likely result in a miscarriage of justice because Defendants would be denied the reasonable time
3  necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
4  § 3161(h)(7)(B)(i) and (iv).

It is hereby ORDERED:

1. Defendants' unopposed motions to continue trial date and pretrial motions deadline (Dkt. Nos. 137 and 147) are GRANTED.
2. Pretrial motions shall be filed by August 18, 2017.
3. The trial date shall be Monday, November 2, 2017 at 9:00 a.m.
4. The period of time between the current trial date of June 19, 2017 and November 30, 2017 shall be excludable for purposes of calculating the time limitations applicable to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED this 12th day of June 2017.

William M. McCool  
Clerk of Court

/s/Paula McNabb  
Deputy Clerk